UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Parris, <br><br>      Plaintiff, <br> v. <br><br>Selip & Stylianou, LLP; and DOES 1-10, inclusive, <br><br>      Defendants. | Civil Action No.: 5:18-cv-00327-DNH-TWD |

**NOTICE OF SETTLEMENT**

 NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 45 days.

Dated: January 10, 2019

                Respectfully submitted,

                PLAINTIFF, James Parris

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq. (SL 6331)
                **LEMBERG LAW, L.L.C.**
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
IT IS SO ORDERED:        Facsimile: (203) 653-3424
                slemberg@lemberglaw.com

_____
David N. Hurd
United States District Judge

Dated: January 14, 2019
   Utica, NY

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg